UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ALUMINUM ASSOCIATION TRADE ENFORCEMENT WORKING GROUP and Its Individual Members, GRÄNGES AMERICAS INC.; JW ALUMINUM COMPANY; and NOVELIS CORPORATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES,<br><br>        Defendant. | SUMMONS<br><br>Court No. 21-00618 |

**TO:** The Attorney General of the United States and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. <u>Name and Standing of Plaintiffs.</u>

    Plaintiffs in this action are the Aluminum Association Trade Enforcement Working Group and its individual members (Gränges Americas Inc.; JW Aluminum Company; and Novelis Corporation) (collectively, "Plaintiffs"). The individual members of the Aluminum Association Trade Enforcement Working Group are manufacturers, producers, and/or wholesalers in the United States of aluminum foil, the domestic like product. Additionally, the Aluminum Association Trade Enforcement Working Group is a trade or business association, a majority of whose members manufacture, produce, or wholesale aluminum foil in the United States. Moreover, Plaintiffs were parties to the proceeding that led to the determination being challenged. Accordingly, Plaintiffs are interested parties within the meaning of sections 771(9)(C) and (E) and 516A(f)(3) of the Act. <u>See</u> 19 U.S.C. § 1677(9)(C) and (E). As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>

The contested determination is the U.S. Department of Commerce's (the "Department") final affirmative determination of sales at less-than-fair-value in its investigation of <u>Certain Aluminum Foil From the Republic of Turkey: Final Affirmative Determination of Sales at Less Than Fair Value</u>, 86 Fed. Reg. 52,880 (Dep't Commerce Sept. 23, 2021). The antidumping duty order on aluminum foil from Turkey was published on November 12, 2021. See <u>Certain Aluminum Foil from the Republic of Armenia, Brazil, the Sultanate of Oman, the Russian Federation, and the Republic of Turkey: Antidumping Duty Orders</u>, 86 Fed. Reg. 62,790 (Dep't Commerce Nov. 12, 2021). The determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II) and (a)(2)(B)(i). This Summons is being filed within 30 days of the publication in the <u>Federal Register</u> of the antidumping duty order and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II).

3. <u>Date of determination</u>

The U.S. Department of Commerce's final determination was signed on September 16, 2021 and was published in the <u>Federal Register</u> on September 23, 2021.

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

The U.S. Department of Commerce's final determination was published in the <u>Federal Register</u> on September 23, 2021. See <u>Certain Aluminum Foil From the Republic of Turkey: Final Affirmative Determination of Sales at Less Than Fair Value</u>, 86 Fed. Reg. 52,880 (Dep't Commerce Sept. 23, 2021). The subsequently issued antidumping duty order was published in the <u>Federal Register</u> on November 12, 2021. See <u>Certain Aluminum Foil from the Republic of Armenia, Brazil, the Sultanate of Oman, the Russian Federation, and the Republic of Turkey: Antidumping Duty Orders</u>, 86 Fed. Reg. 62,790 (Dep't Commerce Nov. 12, 2021).

/s/ John M. Herrmann
JOHN M. HERRMANN
PAUL C. ROSENTHAL
JOSHUA R. MOREY
JULIA A. KUELZOW
jherrmann@kelleydrye.com
prosenthal@kelleydrye.com
jmorey@kelleydrye.com
jkuelzow@kelleydrye.com
3050 K Street, N.W., Suite 400
Washington, D.C.   20007
(202) 342-8488

Counsel to the Aluminum Association Trade Enforcement Working Group and Its Individual Members (Gränges Americas Inc.; JW Aluminum Company; and Novelis Corporation)

Dated:  December 10, 2021

## SERVICE OF SUMMONS BY THE CLERK

  If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

    Director, Civil Division
    Commercial Litigation Branch
    U.S. Department of Justice
    1100 L Street, N.W., Room 12124
    Washington, D.C. 20530

    General Counsel
    U.S. Department of Commerce
    14th Street & Constitution Avenue, N.W.
    Washington, D.C. 20230

By Hand:  Attorney-In-Charge
    International Trade Field Office
    Commercial Litigation Branch
    U.S. Department of Justice
    26 Federal Plaza
    New York, NY 10278-0001


                The Honorable Mario Toscano
                Clerk of the Court


Date: December ___, 2021       By:_____