# UNITED STATES COURT OF INTERNATIONAL TRADE

## BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| ASSAN ALUMINYUM SANAYI VE TICARET A.S., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| UNITED STATES, | ) ) | Consol. Ct. No. 21-00616 |
| Defendant, | ) ) ) | |
| and | ) ) | |
| ALUMINUM ASSOCIATION TRADE ENFORCEMENT WORKING GROUP AND ITS INDIVIDUAL MEMBERS, ET AL., | ) ) ) ) ) | |
| Defendant-Intervenors. | ) ) | |

## ORDER OF DISMISSAL

This action in Court No. 21-00618, having been voluntarily stipulated for dismissal by all parties having appeared in this action, is dismissed, with each party to bear their own costs and fees.

**SO ORDERED.**

Dated:  May _5th_ , 2026
        New York, New York

        Clerk, U.S. Court of International Trade

        By:  _____/s/ Lewis Hugh_____
                    Deputy Clerk

2